IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF KANSAS

| UNITED STATES OF AMERICA, | ) | |
|---|---|---|
| Plaintiff, | ) | |
| vs. | ) | Case No. 12-40092-01-RDR |
| BRIAN EUGENE POST, | ) | |
| Defendant. | ) | |

## **ORDER**

**NOW** on this 27th day of September, 2012, the above-entitled matter comes before the Court upon the motion of counsel for the accused for an order granting additional time of one (1) week to file motions. The Court, after reviewing the motion and being fully advised in the premises finds that there exists good cause for the motion, and that the motion should therefore be sustained.

The Court further finds that the reasons set forth in the motion justify a delay, and that the additional time granted pursuant to this Order shall be excludable time as provided for in 18 U.S.C. 3161(h)(7). See *United States v. Toombs*, 574 F.3d 1262 (10th Cir. 2009).

**IT IS THEREFORE ORDERED** that the accused have additional time up to and including October 2, 2012 to file motions, and the government shall have until October 10, 2012 to file responses. The hearing on said motions shall be held on October 16, 2012 at 10:00 a.m. The period of delay resulting from such continuance shall be excludable time as provided for by the Speedy Trial Act, 18 U.S.C. 3161(h)(7).

s/Richard D. Rogers
United States District Judge